Peter A. Arhangelsky (SBN 291325)
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Building 6, Suite 133
Gilbert, AZ 85295
Em: parhangelsky@emord.com
Ph: (602) 388-8899
*Attorney for Defendant, Walmart Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BOLDEN and SANDRA GIORGI, individuals, on behalf of themselves, all other similarly situated, and the general public<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>WALMART INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:22-cv-04758-MEMF-KS<br><br>**DEFENDANT WALMART INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(f)**<br><br>*[Filed Concurrently with Memorandum of Points & Authorities, and Proposed Order]*<br><br>Hearing Date: Nov. 17, 2022<br><br>Time: 10:00 A.M.<br><br>Courtroom: Courtroom 8B<br><br>Judge: Maame Ewusi-Mensah Frimpong |

PLEASE TAKE NOTICE that Defendant, Walmart Inc. ("Walmart"), through undersigned counsel, hereby moves this Court for an order dismissing all claims by Plaintiff Lynn Bolden and Sandra Giorgi (together, "Plaintiffs") as set forth in the Class Action Complaint, filed by Plaintiffs on behalf of themselves and all others similarly situated. Walmart also moves for an order to dismiss or strike the Nationwide Class, and to dismiss the Injunctive Relief claims.

This Motion is made pursuant to Rules 9(b), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure ("FRCP"), and is based on the grounds that Plaintiffs have failed to support their allegations of false advertising and breach of warranty with sufficient facts showing that Defendant falsely or misleadingly advertised product as a weight loss solution. Moreover, Plaintiff does not sufficiently allege that the express "weight management support" claim is false or misleading. In the absence of evidence showing that Defendant's product does not support weight management, Plaintiffs are advancing a disfavored "lack of substantiation" theory. The Court should therefore dismiss plaintiff's claims in their entirety. *See Nathan v. Vitamin Shoppe*, No.: 3:17-cv-01590, 2018 WL 828135, at *2 (dismissing claims regarding Garcinia Cambogia "weight management" claims because label statements did not expressly promise weight-loss benefits).

The Court should also dismiss or strike allegations concerning the nationwide class, and dismiss Plaintiffs' request for injunctive relief. Plaintiffs cannot proceed as a nationwide class because California law will not apply to purchases made by non-California residents in states other than California, and Plaintiffs advance claims exclusively under California state law. Additionally, Plaintiffs lack standing for injunctive relief because they have not alleged an imminent threat of future harm. Plaintiffs would not plausibly rely on the Product's label in determining whether to purchase the product again in the future because they allege the product is worthless. For these and other reasons explained in the accompanying memorandum of laws and authorities, the Court should dismiss Plaintiffs claims with prejudice.

DATED: October 3, 2022

        Respectfully submitted,

        EMORD & ASSOCIATES, PC.

        By:   /s/ Peter A. Arhangelsky
                Peter A. Arhangelsky, Esq. (SBN 291325)
                *Attorney for Defendant Walmart Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, the foregoing, **NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE PURSUANT TO FED. R. CIV. P. 9(B), 12(b)(6), AND 12(f) and supporting documents** was electronically filed via the CM/ECF system and sent by that system to the following:

Ronald A. Marron [*ron@consumersadvocates.com*]
Michael T. Houchin [*mike@consumersadvocates.com*]
Lilach Halperin [*lilach@consumersadvocates.com*]
651 Arroyo Drive
San Diego, California 92103
Tel: (619) 696-9006
*Attorneys for Plaintiffs and the Proposed Class*

        */s/ Peter A. Arhangelsky*
        Peter A. Arhangelsky, Esq.